# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Susan E. Pramuk,

      Plaintiff,

v.

William F. Young, Jr., Chery Montalbano Rahmeny, Lori Montalbano-Philips, Patrick Pramuk, Arthur Pramuk, Robert Montalbano,

      Defendants.

Civil No. 14-cv-0403 (PJS/TNL)

**ORDER**

Susan E. Pramuk, Apartment 1, 801 Carla Drive, Chesterton, IN 46304, pro se plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 27, 2014 (Docket No.4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Date:  March 18, 2014

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota